⬥GAM 35
(Rev. 2/06)

**Report and Order Terminating Supervised Release Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

MIDDLE DISTRICT OF GEORGIA

| UNITED STATES OF AMERICA | |
|---|---|
| v. | Crim. No. 7:15-CR-00022-001 (HL) |
| **TAVARIS LAVON ROLLE** | |

Tavaris Lavon Rolle has complied with the rules and regulations of supervised release, has met the criteria for early termination as outlined in the Guide; Volume 8, Part E (Post-Conviction Supervision); Chapter 3, as approved by the Administrative Office of the United States Courts, and is no longer in need of supervision. It is accordingly recommended that Tavaris Lavon Rolle be discharged from supervision.

Respectfully submitted,

*/s/ Gerald M. Bazell Jr*

Gerald M. Bazell
U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this 29th day of May, 2025.

*/s/ Leslie Abrams Gardner*
LESLIE ABRAMS GARDNER
CHIEF U.S. DISTRICT JUDGE